```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


EDWARD TROTTER,                    )
                                   )
            Plaintiff,             )
                                   )
        v.                         )    No. 4:07CV510(JCH)
                                   )
UNKNOWN CHRISTANSON, et al.,       )
                                   )
            Defendant.             )
```

## ORDER

This matter is before the Court on applicant's motion to proceed in forma pauperis [Doc. #2]. On March 29, 2007, this Court issued an order directing applicant to submit a certified copy of his inmate trust fund account statement as required by 28 U.S.C. § 1915(a)(2) within thirty days. Plaintiff was warned that if he failed to submit his trust fund account statement within the time specified, his action would be dismissed without prejudice. More than thirty days have passed and the Court has not received the trust fund account statement. Applicant has also failed to contact the Court to request a continuance or to explain why he is unable to comply with the Court's prior order.

Accordingly,

**IT IS HEREBY ORDERED** that applicant's motion to proceed in forma pauperis [Doc. #2] is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the instant complaint is **DISMISSED**, without prejudice, pursuant to Rule 41(b) of the

Federal Rules of Civil Procedure.

Dated this 7th day of May, 2007.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**